**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND NAYLOR, an individual, and MARIA NAYLOR, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ST. MARY'S HIGH SCHOOL, a California Corporation; JIM BRUSA, an individual; and DOES 1-5, and 7-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02106-WBS-JDP<br><br>ORDER CONTINUING EXPERT DISCLOSURE DEADLINES AND DISCOVERY CUTOFF DATE PURSUANT TO STIPULATION<br><br>ECF No. 9 |

Having read and reviewed Plaintiffs Raymond Naylor's and Maria Naylor's ("Plaintiffs") and Defendants St. Mary's High School and Jim Brusa ("Defendants") (collectively, the "Parties") Stipulation to Continue Expert Disclosure Deadlines and Discovery Cutoff Date ("Stipulation"), and good cause appearing, it is hereby ordered that:

1. The deadline for the Parties to disclose expert witnesses and produce reports pursuant to FRCP Rule 26(a)(2) is continued from December 21, 2020 to January 21, 2021;

2. The deadline to disclose rebuttal expert witnesses and produce reports pursuant to FRCP Rule 26(a)(2) is continued from January 22, 2021 to February 22, 2021; and

3. The deadline for the parties to complete discovery is continued from February 19, 2021 to March 19, 2021.

1
2  IT IS SO ORDERED.
3
4  Dated:    December 11, 2020                    _____
                                                  JEREMY D. PETERSON
5                                                 UNITED STATES MAGISTRATE JUDGE