1  MAYALL HURLEY P.C.
   Vladimir F. Kozina (SBN 95422)
2  vkozina@mayallaw.com
   Vladimir J. Kozina (SBN 284645)
3  vjkozina@mayallaw.com
4  2453 Grand Canal Blvd
   Stockton, CA 95207
5  Telephone:    (209) 477-3833
   Facsimile:    (209)-477-4818
6
7  Attorneys for Defendants
   ST. MARY'S HIGH SCHOOL and JIM BRUSA
8
   LE CLERC & LE CLERC LLP
9  Oleg I. Albert, Esq. (SBN 251270)
   oleg@leclerclaw.com
10 155 Montgomery Street, Suite 1004
   San Francisco, CA 94014
11 Telephone: (415) 445-0900
   Facsimile: (415) 445-9977
12
13 Attorneys for Plaintiffs
   RAYMOND NAYLOR and MARIA NAYLOR
14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND NAYLOR, an individual, and MARIA NAYLOR, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ST. MARY'S HIGH SCHOOL, a California Corporation;  JIM BRUSA, an individual; and DOES 1-5, and 7-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02106-WBS-JDP<br><br>**ORDER CONTINUING DEADLINES, PRETRIAL CONFERENCE AND TRIAL**<br><br>Complaint Filed:  August 27, 2019<br>Action Removed: October 18, 2019<br>Trial Date: June 22, 2021 |

**ORDER**

Having read and reviewed Plaintiffs Raymond Naylor's and Maria Naylor's ("Plaintiffs") and Defendants St. Mary's High School and Jim Brusa ("Defendants") (collectively, the "Parties") Stipulation to Continue Deadlines, Pretrial Conference and Trial, ("Stipulation"), and good cause appearing, it is hereby ordered that:

1. The deadline to file motions, except for motions for continuances, temporary restraining orders, or other emergency applications, is continued from March 1, 2021 to April 19, 2021;

2. The discovery cut-off date is continued from March 19, 2021, to May 7, 2021;

3. The Final Pretrial Conference is continued from April 26, 2021, to **June 21, 2021 at 1:30 p.m**.;

4. Pretrial Statement (Plaintiffs) is continued from April 12, 2021 to June 7, 2021;

5. Pretrial Statement (Defendants) is continued from April 19, 2021 to June 14, 2021;

6. The Trial is continued from June 22, 2021 to **August 10, 2021 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: February 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE