MAYALL HURLEY P.C.
Vladimir F. Kozina (SBN 95422)
vkozina@mayallaw.com
Vladimir J. Kozina (SBN 284645)
vjkozina@mayallaw.com
2453 Grand Canal Blvd
Stockton, CA 95207
Telephone:   (209) 477-3833
Facsimile:    (209)-477-4818

Attorneys for Defendants
ST. MARY'S HIGH SCHOOL and JIM BRUSA

LE CLERC & LE CLERC LLP
Oleg I. Albert, Esq. (SBN 251270)
oleg@leclerclaw.com
155 Montgomery Street, Suite 1004
San Francisco, CA 94014
Telephone: (415) 445-0900
Facsimile: (415) 445-9977

Attorneys for Plaintiffs
RAYMOND NAYLOR and MARIA NAYLOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND NAYLOR, an individual, and MARIA NAYLOR, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ST. MARY'S HIGH SCHOOL, a California Corporation; JIM BRUSA, an individual; and DOES 1-5, and 7-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02106-WBS-EFB<br><br>**JOINT STIPULATION AND ORDER FOR A DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  August 27, 2019<br>Action Removed: October 18, 2019<br>Trial Date: August 10, 2021 |

# STIPULATION

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: May 26, 2021					**LE CLERC & LE CLERC**

						By /s/Oleg Albert
						Oleg I. Albert,
						Attorneys for Plaintiffs


Dated: May 24, 2021					**MAYALL HURLEY, P.C.**

						By /s/Vladimir J. Kozina
						Vladimir J. Kozina,
						Attorneys for Defendants


I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.


Dated: May 26, 2021					**LE CLERC & LE CLERC**

						By /s/Oleg Albert
						Oleg I. Albert,
						Attorneys for Plaintiffs

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. Each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE